IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AMRESCO COMMERCIAL FINANCE, et al., <br><br>   Plaintiffs, <br><br> v. <br><br> RICHARD D. GEORGE, <br><br>   Defendant. | Case No.  1:09-CV-156-BLW <br><br> **JUDGMENT** |

Finding good cause therefore,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the Settlement Agreement contained in the Transcript of Proceedings (docket no. 23) be incorporated fully herein by reference.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that (1) the Clerk close this case; (2) the Court recognizes that further installment payments on the Settlement Agreement remain to be paid; (3) that any party may move to reopen the case for any reason, including that the Settlement Agreement has been breached; and (3) that upon such a motion, the Court will reopen the case and it will proceed forward.

DATED:  **April 19, 2012**

B. LYNN WINMILL
Chief Judge
United States District Court

Judgment - 1